**Electronically Filed
Supreme Court
SCWC-17-0000031
14-JUN-2018
01:31 PM**

SCWC-17-0000031

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STONECREST ACQUISITIONS, LLC, Respondent/Plaintiff-Appellee,

vs.

MICHELE C. RUNDGREN, Petitioner/Defendant-Appellant,

and

REX ORION RUNDGREN aka TODD RUNDGREN and DAN BRIGGS,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000031; CASE NO. 5RC-16-1-0424)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/defendant-appellant Michele C. Rundgren's application for writ of certiorari, filed on April 18, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 14, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

